IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 1:06-cr-00003-MP-AK

CECILIA HENRY,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 67, Motion to Continue, filed by the United States of America. In the motion, the Government states that it has a scheduling conflict that prevents it from attending the Violation of Supervised Release Hearing currently scheduled for January 23, 2008. Because of the conflict, the Government requests that the revocation hearing be continued. Defendant Herny does not object to the requested continuance. Therefore, after considering the matter, the Court grants the Government's motion, and the revocation hearing is hereby continued to Thursday, January 24, 2008, at 3:30 p.m.

    **DONE AND ORDERED** this   *22nd* day of January, 2008

                  *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge